# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STEWART,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NATIONAL ENTERPRISE SYSTEMS INC.,<br><br>                    Defendant. | Case No. 3:12-cv-1907-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal is GRANTED. The Court will retain jurisdiction over this claim until such time it can hear and rule on Plaintiff's Motion for Attorney's Fees and to enforce the settlement agreement. This action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED:   August 19, 2013

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE